SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No.: CIV.S 10-cv-02116-GEB-KJM |
| Plaintiff, | **REQUEST RE DISMISSAL OF TAHOE BLUE STAR, LLC  AND *Proposed* ORDER** |
| vs. | |
| Tahoe Blue Star, LLC, et al, | Complaint Filed:  AUGUST 6, 2010 |
| | **CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |
| Defendants | |

_____

    **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Tahoe Blue Star, LLC) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants.  Defendant (Tahoe Blue Star, LLC) is dismissed because Plaintiff and this Defendant have settled their dispute.

Dated: October 5, 2010           /s/Scott N. Johnson_____
                                  SCOTT N. JOHNSON
                                  Attorney for Plaintiff

**IT IS SO ORDERED**.

GARLAND E. BURRELL, JR.
United States District Judge

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-10-02116-GEB-KJM